UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

DEHAVEN LAPRIEST HOGG,

    Defendant/Petitioner.
_____/

CASE NO: 11-20220

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE PATRICIA T. MORRIS

**ORDER DIRECTING FILING OF ANSWER TO MOTION
UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE,
OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

This order is entered under the authority given to this Magistrate Judge in an Order of Reference issued by District Judge Ludington pursuant to 28 U.S.C. § 636(b)(1)(A).

Defendant has filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The Court has reviewed the motion, and it does not "plainly appear[] from the face of the motion . . . that the movant is not entitled to relief . . . ." Rules Governing § 2255, Rule 4(b).

Accordingly, **IT IS ORDERED** that Plaintiff shall file an answer to the motion on or before **JULY 18, 2014**.

Date: May 19, 2014

/S Patricia T. Morris
Patricia T. Morris
United States Magistrate Judge

**CERTIFICATION**

I hereby certify that this Order was electronically filed on this date, electronically served on counsel of record through the Court's CM/ECF system, and served by first class mail on DeHaven LaPriest Hogg, #45889-039, FCI Big Spring, 1900 Simler Ave., Big Spring, TX, 79720.

Dated: May 19, 2014

By  s/Jean L. Broucek
Case Manager to Magistrate Judge Morris